UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

17-cv-20127-FAM

KERAFIBER, LLC,
a Florida limited liability company,

    *Plaintiff,*

v.

MELISSA VAN ZANDT,
an individual, and
JOHN DOES 1-10, individually and
collectively,

    *Defendants.*

**SUMMONS IN A CIVIL ACTION**

To: Melissa Van Zandt

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Kerafiber LLC | Law Office of Bradley Gross, P.A. |
| 66 West Flagler Street | 2645 Executive Park Drive |
| Suite 918 | Suite 119 |
| Miami, Florida 33130 | Weston, Florida 33331 |
| *Plaintiff* | *Attorneys for Plaintiff* |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date : ___1/11/2017___



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

17-cv-20127-FAM

KERAFIBER, LLC,
a Florida limited liability company,

    *Plaintiff,*

v.

MELISSA VAN ZANDT,
an individual, and
JOHN DOES 1-10, individually and
collectively,

    *Defendants.*

## SUMMONS IN A CIVIL ACTION

To: John Doe

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Kerafiber LLC | Law Office of Bradley Gross, P.A. |
| 66 West Flagler Street | 2645 Executive Park Drive |
| Suite 918 | Suite 119 |
| Miami, Florida 33130 | Weston, Florida 33331 |
| *Plaintiff* | *Attorneys for Plaintiff* |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date :    1/11/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts